IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN FERNANDO VILLALON, <br> (A029-327-003) <br><br> Petitioner, <br><br> vs. <br><br> IMMIGRATION AND <br> NATURALIZATION SERVICE, *et al.,* <br><br> Respondents. | §§§§§§§§§§§ | CIVIL ACTION H-09-0386 |

## ORDER

Juan Fernando Villalon, a former Texas Department of Criminal Justice inmate, sued in February 2009, alleging civil rights violations resulting from a deportation hold. This court denied his requests for relief. Villalon filed two motions for reconsideration, which this court also denied. The Fifth Circuit Court of Appeals dismissed the appeal in December 2011. Villalon has now filed a letter motion in supplement, (Docket Entry No. 61). This motion is denied because there is no pending case and no basis for relief.

SIGNED on May 7, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge