**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JUAN FERNANDO VILLALON, <br> (A029-327-003) <br><br> Petitioner, <br><br> vs. <br><br> IMMIGRATION AND <br> NATURALIZATION SERVICE, *et al.,* <br><br> Respondents. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION H-09-0386 |

**ORDER ON PENDING MOTIONS**

Juan Fernando Villalon, a former Texas Department of Criminal Justice inmate, sued in February 2009, alleging civil rights violations resulting from a deportation hold. This court denied his requests for relief and entered final judgment in June 2009. Villalon then filed two motions for reconsideration and a letter motion in supplement, which this court also denied. Villalon has now filed six motions, which the district clerk docketed as "Motion to Consent Jurisdiction by a United States Magistrate Judge, Waive Attorney Services for Ineffective," "Motion: Support Case Wish to Waive Counsel for Ineffective," "Motion: To Correct Enhancement Wrong Conviction and Reverse and Acquitted," "Motion: Correct Enhancement Wrong Conviction or Reverse and Acquitted," "Motion: To Waive Deportation Reverse Conviction and Expunge Record," and "Motion: Terminate and Substitute Appointing Counsel." It appears that Villalon filed his motions in the wrong case and court; the motions relate to a criminal prosecution for illegal reentry pending against him in the Southern District of Texas, McAllen Division.

The motions filed in this court — Docket Entries No. 65, 66, 67, 68, 69, and 70 — are denied without prejudice because there is no pending case in this court to which they relate and no basis for this court to grant the relief sought.

SIGNED on August 13, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge